# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBORAH ANN DESUZA,**

      **Plaintiff,**

**v.**                                                            **Case No:  6:12-cv-21-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for review of the final decision of the Commissioner of Social Security denying Social Security Disability benefits and Supplemental Security Income payments to Plaintiff (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and the matter be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 22, 2013 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner is REVERSED and the case is REMANDED for further proceedings.  The Clerk is directed to enter judgment, accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties